UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAURIZIO DE ROSA,

        Plaintiff,       **ORDER**

    -against-        **22-CV-6733 (VSB) (JW)**

SICILIAN SAGE LLC, *et al.*,

        Defendants.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  This matter has been referred for settlement. Dkt. No. 16. Should the parties feel a settlement conference would be productive at this time, the Parties are directed to contact Courtroom Deputy Christopher Davis via email at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates. If the parties are not yet in a position to discuss settlement, the Court will raise this again at the close of discovery.

  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement. SO ORDERED.

DATED: New York, New York
     November 1, 2022

                  */s/ Jennifer E. Willis*
                  JENNIFER E. WILLIS
                  United States Magistrate Judge